Jeffrey P. Kaufman, ISB No. 8022
Office of Kathleen A. McCallister,
    Chapter 13 Trustee
P.O. Box 1150
Meridian ID 83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
jpk@kam13trustee.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| In re: | Case No. 24-00247-NGH |
|---|---|
| DUSTIN EUGENE WENIGER, | Chapter 13 |
|     Debtor. | |

### TRUSTEE'S MOTION TO DISMISS

COMES NOW Kathleen A. McCallister, standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho, by and through her attorney, Jeffrey P. Kaufman, and, pursuant to 11 U.S.C. § 1307(c)(1) & (3)[1], hereby moves the Court for the entry of an order dismissing this case and asserts the following in support:

### DEBTOR HAS NOT TIMELY FILED HIS PLAN OR RULE 1007 DOCUMENTS

**1.** The above-referenced debtor filed a voluntary chapter 13 bankruptcy petition on May 7, 2024. Docket No. 1. Pursuant to Rule 3015, Debtor had fourteen (14) days – or May 21, 2024 – to file a plan. *See also*, Deficiency Notice, Docket No. 11.

**2.** Further, when Debtor filed his petition, he did not file his Form 122C-1 (or Form 122C-2, if applicable), employee income records, credit counseling certificate Schedules A-J, or Statement of Financial Affairs (the "Rule 1007 Documents"). *See* Docket, generally. Pursuant

---

[1] Unless otherwise indicated, all statutory citations are to the Bankruptcy Code, Title 11 U.S.C. §§ 101-1532. Additionally, all citations to "Rule" are to the Federal Rules of Bankruptcy Procedure.

to Rule 1007, Debtor had fourteen (14) days – or May 21, 2024 – to file the Rule 1007 Documents.  *See also*, Deficiency Notice, Docket No. 11.

3.    Debtor has failed to timely file a chapter 13 plan.  Debtor has also failed to timely file the Rule 1007 Documents.  Additionally, Debtor did not timely seek an extension of time to file either his plan or his Rule 1007 Documents.

4.    Debtor's case should be dismissed pursuant to 11 U.S.C. § 1307(c)(1) & (3).

WHEREFORE, the Trustee respectfully requests that this case be DISMISSED.

DATED:  May 23, 2024             OFFICE OF KATHLEEN A. McCALLISTER,
                                 CHAPTER 13 TRUSTEE

                                 By:  */s/ Jeffrey P. Kaufman*
                                      Jeffrey P. Kaufman,
                                      Attorney for Trustee

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that on May 23, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via First Class mail, postage prepaid addressed as follows:

Dustin Eugene Weniger
200 E. Gowen Road
Boise, ID 83712

                                 */s/ Jeffrey P. Kaufman*
                                 Jeffrey P. Kaufman