U.S. COURTS

JUN 10 2024

Rcvd_____ Filed_____ Time 10:15
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Certificate Number: 13861-ID-CC-038452938



13861-ID-CC-038452938

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 7, 2024, at 9:06 o'clock AM PDT, Dustin E Weniger received from Evergreen Financial Counseling, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the District of Idaho, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: May 7, 2024        By:    /s/Rebecca K Snyder

                        Name:  Rebecca K Snyder

                        Title: Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).